**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROGER WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. A. No. 18-459 |
| | ) | Judge Nora Barry Fischer |
| U.S. Gov't, U.S. Post Office, Memphis Clerk of Courts, | ) | Magistrate Judge Cynthia Reed Eddy |
| | ) | |
| Defendants, | ) | |

| | | |
|---|---|---|
| ROGER WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. A. No. 18-460 |
| | ) | Judge Nora Barry Fischer |
| U.S. Gov't, U.S. Post Office, Memphis Clerk of Courts, | ) | Magistrate Judge Cynthia Reed Eddy |
| | ) | |
| Defendants, | ) | |

| | | |
|---|---|---|
| ROGER WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. A. No. 18-477 |
| | ) | Judge Nora Barry Fischer |
| U.S. Gov't, U.S. Post Office, Pittsburgh Federal Clerk of Courts, | ) | Magistrate Judge Cynthia Reed Eddy |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM ORDER

AND NOW, this 12th day of June, 2018, after *pro se* Plaintiff Roger Wilson was granted

leave to proceed in forma pauperis in each of the above listed actions by the United States

Magistrate Judge, who then proceeded to file separate Reports and Recommendations in each of

the cases with the Court, recommending that each of the Complaints be dismissed, *sua sponte*,

pursuant to 28 U.S.C. §1915(e)(2), as the claims set forth in each of the actions were frivolous,

and Plaintiff having failed to file objections to same by the June 4, 2018 deadline for filing

objections, and after conducting a de novo review upon an independent review of the record in

each of the cases,

The Court hereby ORDERS the following:

1. Civil Action No. 18-459 *Wilson v. U.S. Gov't et al.* - The Report and
   Recommendation filed on May 16, 2018 [4] recommending that Plaintiff's claims for
   "theft of mail" in violation of "18 USC 1708" for which he seeks "300 thousand" in
   damages be dismissed as frivolous is adopted as the Opinion of the Court; Plaintiff's
   Complaint [3] is DISMISSED, with prejudice, as it is frivolous; and the Clerk of
   Court is directed to mark this case CLOSED;

2. Civil Action No. 18-460 *Wilson v. U.S. Gov't et al.* -- The Report and
   Recommendation filed on May 16, 2018 [4] recommending that Plaintiff's claims for
   "theft of mail" in violation of 18 USC 1708" for which he seeks "25 Billion" in
   damages be dismissed as frivolous is adopted as the Opinion of the Court; Plaintiff's
   Complaint [3] is DISMISSED, as frivolous; and the Clerk of Court is directed to
   mark this case CLOSED;

3. Civil Action 18-477 *Wilson v. U.S. Gov't et al.* – The Report and Recommendation
   filed on May 16, 2018 [4] recommending that Plaintiff's claims for "theft of mail" in
   violation of "18 USC 1708" seeking "200 Billion" in damages be dismissed, as

frivolous, is adopted as the Opinion of the Court; Plaintiff's Complaint [3] is

DISMISSED, with prejudice, as it is frivolous; and the Clerk of Court is directed to

mark this case CLOSED.


IT IS SO ORDERED.


*s/Nora Barry Fischer*
Nora Barry Fischer
U.S. District Judge

cc/ecf: All counsel of record

Roger Wilson, pro se
516 Sinclair St. #501
McKeesport, PA 15132
(via first class mail)